UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FORTE BIOSCIENCES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAMAC FUND, LP, a Delaware limited partnership, et al.<br><br>Defendants. | Case No. 3:23-cv-02399-DCG |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendants, by and through the undersigned counsel of record, jointly and respectfully move to dismiss Plaintiff's Complaint (Dkt No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for lack of standing and for failure to state a claim on which relief can be granted. Defendants base this motion on the accompanying memorandum of law, the declaration of LeElle Slifer, and the record in this case.

Respectfully submitted this 16th day of January 2024.

Dated:  January 16, 2024.

/s/ LeElle B. Slifer
**WINSTON & STRAWN LLP**
LeElle B. Slifer
2121 North Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6431
lslifer@winston.com

**MORRIS KANDINOV LLP**
Aaron T. Morris (*pro hac* forthcoming)
Andrew W. Robertson (*pro hac* forthcoming)
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

*Attorneys for Defendants Camac Fund, LP, Camac Partners, LLC, Camac Capital, LLC, Eric Shahinian, Michael G. Hacke, Chris McIntyre, McIntyre Partnerships, LP, McIntyre Capital GP, LLC, McIntyre Capital Management, LP, McIntyre Capital Management GP, LLC, ATG Fund II LLC, ATG Capital Management, LLC and Gabriel Gliksberg*

**BURNS CHAREST LLP**
Daniel Charest
900 Jackson Street, Suite 500
Dallas, Texas 75202
(469) 904-4555
dcharest@burnscharest.com

*Attorneys for Defendants Funicular Funds, LP, The Funicular Fund, LP, Cable Car Capital LLC and Jacob Ma-Weaver*

**GLAST, PHILLIPS AND MURRAY, PC**
Greg Weselka (00788644)
14801 Quorum Drive, Suite 500

Dallas TX 75254
(972) 419-8341
gweselka@gpm-law.com

*Attorneys for Defendants BML Investment Partners, L.P., BML Capital Management, LLC and Braden M. Leonard*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2024, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's electronic filing notification system.

Dated: January 16, 2024

                                      *s/ LeElle B. Slifer*
                                      LeElle B. Slifer