IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORTE BIOSCIENCES, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2399-N |
| | § | |
| CAMAC FUND, LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court has granted Defendants' motion to dismiss. It is, therefore, ordered that counts one through five of Plaintiff Forte Biosciences, Inc. ("Forte") amended complaint are dismissed with prejudice and count six is dismissed without prejudice. Court costs are taxed against Forte. All relief not expressly granted is denied. This is a final judgment.

Signed June 11, 2024.

_____
David C. Godbey
Chief District Judge

FINAL JUDGMENT – SOLO PAGE